Appeals for the Ninth Circuit is denied for the reason that application therefor was not made within the time provided by law. *Harry C. Kelly, pro se.* *Solicitor General Fahy* for the United States.

No. 936. MORRIS *v.* RAGEN, WARDEN; and

No. 937. MANCUSO *v.* RAGEN, WARDEN. March 5, 1945. The petitions for writs of certiorari to the Supreme Court of Illinois are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 797. CHAPMAN *v.* HUNTER, WARDEN. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Abe Chapman, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. —. SCOTT *v.* RAGEN, WARDEN. March 12, 1945. Petition for writ of certiorari denied.

No. 857. UNITED STATES GYPSUM CO. *v.* NATIONAL WAR LABOR BOARD ET AL. March 12, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Joseph H. Batt, John E. MacLeish, Leland K. Neeves* and *Charles M. Price* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea* and *Mr. Paul A. Sweeney* for respondents.